AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 06 2014 ★
LONG ISLAND OFFICE

Tiffany Crifasi

*Plaintiff*

v.

C. TECH COLLECTIONS, INC.

*Defendant*

Civil Action No.

**CV 14 3576**

**SEYBERT, J**

**WALL, M.**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* C. TECH COLLECTIONS, INC.
5505 NESCONSET HIGHWAY
SUITE 200
MT. SINAI, NEW YORK, 11766-2026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
(631) 669-0921

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: JUN 0 6 2014

*Signature of Clerk or Deputy Clerk*